**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 0 4 2012

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INDICTMENT |
| v. | NO. 2:12CR0028 |
| LARRY MCDANIEL, a/k/a Larry Mack, HOWARD BROWN, and SEAN KING | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning on or about July 1, 2012, and continuing until on or about August 16, 2012, in the Northern District of Georgia, the defendants, LARRY MCDANIEL, a/k/a Larry Mack, HOWARD BROWN, and SEAN KING, aided and abetted by each other and others, did corruptly and by threatening communication influence, obstruct and impede the due and proper administration of the law under which a proceeding was pending before the Federal Bureau of Investigation, an agency of the United States, and did endeavor to do so, in that the defendants influenced, obstructed, and impeded, and attempted to influence, obstruct, and impede, an investigation being conducted by Special Agents of the Federal Bureau of Investigation in which D.B.S. was acting as a confidential informant, in violation of Title 18, United States Code, Sections 1505 and 2.

COUNT TWO

On or about August 16, 2012, in the Northern District of Georgia, the defendant, LARRY MCDANIEL, a/k/a Larry Mack, having been convicted on or about October 5, 1994 of the offense of Conspiracy to Distribute 1000 pounds of Marijuana, in the United States District Court for the Eastern District of Tennessee, the aforesaid conviction being for a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Smith and Wesson, Model 910, 9mm pistol, bearing serial number LJF1583, said possession being in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g).

A _____TRUE_____ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

_WILLIAM L. MCKINNON, JR._
WILLIAM L. MCKINNON, JR.
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 495812

_SALLY MOLLOY_
SALLY MOLLOY
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 140816

600 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, Georgia 30303
(404) 581-6000