FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

DEC 23 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

Larry McDaniel

Criminal Action No.

2:12-CR-028-RWS

### Government's Motion for Leave to File Dismissal

It appearing in the above-styled case, that upon authority of the undersigned, Count Two of the Indictment, charging violation of 18 U.S.C. Section 922(g), is dismissed as to Larry McDaniel and Movant prays leave of Court to file the same.

Respectfully submitted,

SALLY QUILLIAN YATES
*United States Attorney*

By: William L. McKinnon, Jr.
*Assistant United States Attorney*
Georgia Bar No. 495812
William.mckinnon@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

### Order

Now, to-wit, on the 23rd day of December, 2014, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE